# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

136545

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY VANVORST,
       Plaintiff-Appellee,

v

                                          SC: 136545
                                          COA: 278995
                                          WCAC: 06-000129

MAXITROL COMPANY and COMMERCE
& INDUSTRY INSURANCE COMPANY,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828